UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Petitioner,                          Case No. 10-mc-50002

                                           Paul D. Borman
v.                                      United States District Judge

HAROLD S. COLLINS,

       Respondent.
_____/

ORDER FOR RESPONDENT TO APPEAR AND TO PRODUCE DOCUMENTS OR BE IMPRISONED FOR CIVIL CONTEMPT

      On February 18, 2010, this Court entered a judgment and order granting Petitioner's Petition to Enforce Internal Revenue Service Summons and ordering Respondent to appear before Revenue Officer Sharletta Hall to produce documents and comply with the Summons. (Dkt. No. 4.) The Court has since twice ordered Respondent to appear to show cause why he has not fully complied with the Court's February 18, 2010 Order and Judgment and twice held hearings at which Respondent promised to comply with the Court's orders and to cooperate with Ms. Hall in an effort to produce the requested documents.

      At the hearing held on January 6, 2011, the Petitioner, who informed the Court that Respondent has still not fully complied with Summons or this Court's previous orders, requested that the Court hold Respondent in civil contempt for his wilful failure to comply with this Court's orders and requested the Court to fine and/or imprison the Petitioner for his continued failure to

1

produce the requested documents and returns.

IT IS ORDERED that Petitioner appear before this Court on Thursday, February 17, 2011 at 4:00 p.m., having previously provided to Ms. Hall completed and fully compliant tax returns for the years 2003, 2006, 2007 and 2008. Failure of Petitioner to appear on this date in full and complete compliance with this Order will result in Petitioner's imprisonment for civil contempt. IT IS SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 7, 2011.

S/Denise Goodine
Case Manager

2